THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Thomas Lee Coleman,       
Appellant.
 
 
 

Appeal From Jasper County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2003-UP-204
Submitted January 29, 2003  Filed March 
 17, 2003

APPEAL DISMISSED

 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia;  and Solicitor Randolph Murdaugh, Jr., of Hampton; for Respondent.
 
 

PER CURIAM: Thomas Lee Coleman pled no contest 
 to murder, strong arm robbery, and kidnapping and was sentenced to thirty years 
 imprisonment.  Coleman appeals, arguing the plea judge erred in accepting his 
 pleas prior to an inquiry as to whether any factual basis existed in support 
 of the pleas.  Appellate counsel has filed a final brief and a petition to be 
 relieved.  Coleman did not file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER,
JJ., concur.